FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 8:46 am, Dec 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 5:17-cr-00018 |
| | ) | |
| v. | ) | |
| | ) | |
| ALEX PLUMB | ) | |

## ORDER

Upon motion of the Government, IT IS HEREBY ORDERED that Julia Kays be substituted as a restitution payee for original victim Patricia Risk in the captioned case.

IT IS FURTHER ORDERED that all restitution payments due to "Patricia Risk" be made payable to "Julia Kays" and mailed to the address currently on record for this victim.

IT IS SO ORDERED, this 31st day of December, 2020.

_____
HONORABLE LISA GODBEY WOOD, JUDGE
UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA